IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUNLUST PICTURES, LLC V. BURDZIAK | CIVIL ACTION NO.: 12-cv-5423 |
| SUNLUST PICTURES, LLC V. EASTERDAY | CIVIL ACTION NO.: 12-cv-5424 |
| OPENMIND SOLUTIONS, INC. V. PETTICOFFER | CIVIL ACTION NO.: 12-cv-5425 |
| AF HOLDINGS, LLC V. LIBERTORE | CIVIL ACTION NO.: 12-cv-5426 |
| AF HOLDINGS LLC V. HUSBANDS | CIVIL ACTION NO.: 12-cv-5427 |
| AF HOLDINGS LLC V. HUYNH | CIVIL ACTION NO.: 12-cv-5428 |
| AF HOLDINGS, LLC V. HOLLEY | CIVIL ACTION NO.: 12-cv-5429 |
| AF HOLDINGS V. SOK | CIVIL ACTION NO.: 12-cv-5430 |
| MILLENIUM TGA, INC. V. KERSCHNER | CIVIL ACTION NO.: 12-cv-5496 |

FILED
OCT 1 0 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep C

## ORDER

AND NOW, this 10TH day of October, 2012, it is hereby ordered that the above-captioned cases are referred to the Honorable Michael M. Baylson for monitoring and coordination of the following issues: severance of defendants; the status of discovery; scheduling of arbitration hearings; settlement negotiations; and trial date, and it is

**FURTHER ORDERED** that the above-captioned cases shall remain on the calendar of the Judge to whom it was assigned at the time of filing, until further order of the court.

FOR THE COURT:

LEGROME D. DAVIS
Acting Chief Judge